**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EVANGELINE DE LA PAZ,**

                                                        **CASE NO.:  8:19-CV-1255-T-_____**

       **Plaintiff,**

**v.**

**GULF COAST HOME CARE, LLC,**
**a Florida Limited liability company d/b/a**
**Gulf Coast Home Care, Inc. and Tropical**
**Breeze Group Home, and JOSEFINA**
**FURLANO, individually,**

       **Defendants.**

_____/

**<u>NOTICE OF REMOVAL</u>**

COME NOW, Defendants, GULF COAST HOME CARE, LLC and JOSEFINA FURLANO (collectively the "Defendants"), by and through their undersigned counsel, and hereby file this Notice of Removal of this civil action pursuant to 28 U.S.C. §§1441(c)(1)(A) and 1446.  In support of this removal, the Defendants state as follows:

1.      On April 19, 2019, Plaintiff, EVANGELINE DE LA PAZ ("De la Paz"), filed an action in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, styled *Evangeline De la Paz v. Gulf Coast Home Care, LLC, et al.*, Case No. 19-002730-CI.

2.      The Complaint was delivered to the Defendants' counsel on April 24, 2019.  This Notice of Removal is being filed within 30 days of the receipt of the Complaint and is timely filed under 28 U.S.C. §1446(b)(1).  True and correct copies of the Complaint, as well as all other documents filed with the Circuit Court, are attached hereto and incorporated herein as Exhibit A.

3.      De la Paz, a former employee of the Defendants, alleges violations of the Fair Labor Standards Act (FLSA), pursuant to 29 U.S.C. §201 *et seq.*, for unpaid overtime, unpaid minimum wages,

and retaliation. De la Paz also brings a state law claim for breach of contract based on the same allegations of unpaid wages.

4.      The District Courts of the United States have original jurisdiction over civil claims arising under 29 U.S.C. §201 *et seq.*, pursuant to 28 U.S.C. §1331, without respect to the amount in controversy or the citizenship of the parties. This Court has supplemental jurisdiction of Plaintiff's state-law claim pursuant to 28 U.S.C. §1367(a), as her breach of contract claim is so related to the FLSA claims that they form part of the same case or controversy.

5.      The events alleged by De la Paz which give rise to these claims occurred in Pinellas Park, Pinellas County, Florida.  Thus, venue properly lies in the United States District Court for the Middle District of Florida, Tampa Division.

6.      The Defendants are herewith providing notice of this Notice of Removal to De la Paz and will concurrently file a copy of the Notice with the Clerk of the Sixth Judicial Circuit, in and for Pinellas County, Florida, pursuant to 28 U.S.C. §1446(d).  A true and correct copy of the Notice of Filing Notice of Removal that will be filed with the State Court is attached hereto and incorporated herein as Exhibit B.

7.      Therefore, this action may be removed to the United States District Court for the Middle District of Florida, pursuant to the aforementioned provisions.

WHEREFORE, Defendants, GULF COAST HOME CARE, LLC and JOSEFINA FURLANO respectfully pray that this action be removed to the United States District Court, Middle District of Florida, Tampa Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a copy to:  Counsel for Plaintiff, Yvette D.

Everhart (yeverhart@sasslawfirm.com) and Cynthia N. Sass (csas@sasslawfirm.com), SASS LAW FIRM,

601 West Dr. Martin Luther King, Jr. Blvd., Tampa, Florida 33603.

**BURRUEZO & BURRUEZO, PLLC**

_/s/ Carlos J. Burruezo, Esq._
**CARLOS J. BURRUEZO, ESQ.**
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
**BERTHA L. BURRUEZO, ESQ.**
Florida Bar Number 596973
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

Attorneys for Defendants, GULF COAST HOME CARE,
LLC and JOSEFINA FURLANO

4822-8937-2311, v. 1